**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DARLENA GRAVES | : | No. 175 EAL 2024 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| MIA M. GRAVES AND EUGENE D. WATSON | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MIA GRAVES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.